UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | No.  08 CR 491 |
| v. | ) | (No.  2:06 CR 50 RL, Indiana No.) |
| | ) | Judge James B. Zagel |
| NICULAE TUDOR, | ) | |
|     Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Thomas S. Ratcliffe                 Mr. Scott Rosenthal
      United States Attorney's Office          U.S. Probation Office
      5400 Federal Plaza, Suite 1500          55 East Monroe, Suite 1500
      Hammond, Indiana 46320               Chicago, Illinois  60603

      Criminal Docketing
      United States Attorney's Office

PLEASE TAKE NOTICE that we have filed on June 26, 2008, **DEFENDANT NICULAE TUDOR'S UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION** before Honorable Judge James B. Zagel, United States District Court, at 219 South Dearborn, Chicago, Illinois 60604 to be heard on *Monday, June 20, 2008 at 10:00 a.m.*.

## CERTIFICATE OF SERVICE

Steven Shobat, an attorney, hereby certifies that in accordance with Fed.R.Crim.P. 49, the following documents:

1. Defendant's Unopposed Motion for Early Termination of Probation
2. Notice of Motion and Certificate of Service

were served pursuant to the District Court's ECF system as to ECF fliers, including the U.S. Attorney's Office on June 26, 2008.

                                                                    /s/Steven Shobat
                                                                    Steven Shobat