# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 491 | **DATE** | 6/30/2008 |
| **CASE TITLE** | UNITED STATES vs. TUDOR | | |

**DOCKET ENTRY TEXT**

Defendant's motion for early termination of probation [2] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DW |
|---|---|---|